**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                                    :
                                                    :
In re:                                              :   Chapter 15
                                                    :
B.C.I. FINANCES PTY LIMITED (In Liquidation),¹      :   Case No. 17-11266 (SHL)
                                                    :
            Debtors in a Foreign Proceeding.        :   (Jointly Administered)
                                                    :
                                                    :
------------------------------------------------------------------x
```

**NOTICE OF FILING AND HEARING ON PETITIONS UNDER**
**CHAPTER 15 OF THE BANKRUPTCY CODE**

      **PLEASE TAKE NOTICE THAT** on May 9, 2017, John Sheahan and Ian Russell Lock, in their capacity as joint and several liquidators ("Liquidators") and as duly authorized foreign representatives of B.C.I. Finances Pty Limited (in Liquidation), Binqld Finances Pty Limited (in Liquidation), E.G.L. Development (Canberra) Pty Limited (in Liquidation), and Ligon 268 Pty Limited (in Liquidation) (collectively, the "Foreign Debtors") filed verified petitions (the "Verified Petitions") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

      **PLEASE TAKE FURTHER NOTICE THAT**, among other things, the Verified Petitions request entry of an order recognizing the Foreign Debtors' Australian liquidation proceedings (the "Australian Proceedings") as foreign main proceedings pursuant to section 1517 of title 11 of the United States Code (the "Bankruptcy Code").

      **PLEASE TAKE FURTHER NOTICE THAT** that the Court has scheduled a hearing to consider the relief requested in the Verified Petition (the "Recognition Hearing") at 10:00 a.m. (Eastern Standard Time) on June 6, 2017.  The Recognition Hearing will be held before the Honorable Sean H. Lane, Jr. in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408.

      **PLEASE TAKE FURTHER NOTICE THAT** any objection to the Verified Petition must be made in accordance with the Bankruptcy Code, the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and the Federal Rules of Bankruptcy Procedure, in a writing that sets forth the basis for such objection with specificity.  Any such

---

[1]    The Foreign Debtors in these chapter 15 cases are the following four entities (the last four digits of their respective corporation identification numbers, if any, follow in parentheses): B.C.I. Finances Pty Limited (8531); Binqld Finances Pty Limited (3220); E.G.L. Development (Canberra) Pty Limited (7646); and Ligon 268 Pty Limited (4081).  The location of the Foreign Debtors' registered office is:  26 Flinders Street, Level 8, Adelaide, South Australia 5000, Australia.

objection must be filed with the Court and served upon Nixon Peabody LLP, 437 Madison Avenue, New York, NY 10022, Attn: Robert N.H. Christmas, Esq. and Christopher J. Fong, Esq., counsel to the Petitioners, and the Office of William K. Harrington, United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, so as to be received on or before May 30, 2017 at 4:00 p.m. (E.T.), with a courtesy copy served upon with a courtesy copy served upon the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE THAT** that if no objection is timely filed and served as provided above, the Court may grant the relief requested in the Verified Petition without a hearing or further notice.

**PLEASE TAKE FURTHER NOTICE THAT** any party in interest objecting to the Verified Petition or the relief requested therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE THAT** the Recognition Hearing may be adjourned form time to time without further notice other than an announcement in open court or a notice of adjournment filed with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Verified Petition and all other documents filed in this case can be accessed from the Court's website, http://ecf.nysb.uscourts.gov (a PACER login and password are required to retrieve documents) or by written request to the Petitioners' undersigned counsel.

Dated:  New York, New York  
        May 11 2017

NIXON PEABODY LLP  
Robert N. H. Christmas  
Christopher J. Fong  
437 Madison Avenue  
New York, NY 10022  
Telephone: (212) 940-3000  
Facsimile: (212) 940-3111

Attorneys for Petitioners John Sheahan and Ian Lock, as Joint and Several Liquidators of  
*B.C.I. Finances Pty Limited*  
*Binqld Finances Pty Limited*  
*E.G.L. Development (Canberra) Pty Limited*  
*Ligon 268 Pty Limited*