UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>B.C.I. FINANCES PTY LIMITED (In Liquidation), *et al.*,<br><br>Debtors in Foreign Proceedings.[1] | Chapter 15<br><br>Case No. 17-11266 (PB)<br><br>(Jointly Administered) |

# ORDER

In keeping with the Court's August 27, 2025 Order, the Court hereby enters the following Order:

**IT IS HEREBY FOUND AND DETERMINED THAT:**

1. On or prior to August 19, 2025, John Sheahan as liquidator and Foreign Representative of each of the above captioned Foreign Debtors as denoted in footnote 1 hereto issued a subpoena to ███████████████████████████████████ ███████████████████████████████ of Michael Binetter and Suzanne Binetter in connection with the captioned matter.

2. After receiving notice on August 25, 2025 of the issuance of the subpoena from ███████, on August 26, 2025, Michael Binetter, Suzanne Binetter, and Renaissance LTD filed an objection (the "Objection") to the subpoena as seeking information that Michael Binetter asserts is confidential and privileged under the Fifth Amendment act of production privilege, pursuant to the Court's March 10, 2025 Order.

---

[1] The Foreign Debtors in these chapter 15 cases are the following 11 entities (the last four digits of their respective corporation identification numbers, if any, follow in parentheses): (i) B.C.I. Finances Pty Limited (8531); (ii) Binqld Finances Pty Limited (3220); (iii) E.G.L. Development (Canberra) Pty Limited (7646); (iv) Ligon 268 Pty Limited (4081) (collectively (i) – (iv), the "Prior Foreign Debtors"); (v) Gerobin Finances Pty Ltd (6410); (vi) Erbin Finances Pty Ltd (9800); (vii) Rawbin Finances Pty Ltd (6549); (viii) Marbin Finances Pty Ltd (2970); (ix) Erma Nominees Pty Ltd (7040); (x) Ligon 158 Pty Ltd (4015) (collectively, (v) – (x) the "New Foreign Debtors"); and (xi) ACN 078 881 035 Pty Limited (1035) ("Shield") (collectively, (i) – (xi) the "Foreign Debtors").

2

3. On August 27, 2025, the Court entered an Order requiring the parties to designate a third party to receive and hold the records from ▮▮▮▮ in confidence until the Court rules on the Objection.

4. Counsel for the Foreign Representative objected to the issuance of the Order in a letter to the Court on August 27, 2025, taking the position that it should not have been issued. Counsel for the Binetters believes the Court's order is proper and intends to further supplement its original submission with a follow-up letter in response to counsel's letter.

5. The parties have each been in touch with ▮▮▮▮, which is aware of the subpoena and the Objection and has begun to gather the records. ▮▮▮▮ has advised that it is awaiting a further Order of the Court regarding disclosure of these records.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

The parties shall instruct ▮▮▮▮ to proceed to gather the records responsive to the subpoena and await a further Order of the Court concerning disclosure of the documents.

Dated: New York, New York
       August 28, 2025

/s/ Philip Bentley
UNITED STATES BANKRUPTCY JUDGE