OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
Jonathan T. Koevary, Esq.
Andrew B. Lustigman, Esq.
Robert M. Appleton, Esq.
*Counsel for Andrew Binetter,*
*Samantha Kelliher, and Michael Binetter*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| B.C.I. FINANCES PTY LIMITED (In Liquidation), *et al.*, | Case No. 17-11266 (PB) |
| Debtor in Foreign Proceedings.[1] | (Jointly Administered) |

## <u>NOTICE OF APPEAL</u>

Michael Binetter, aggrieved party and discovery target in the above referenced chapter 15 cases, through his counsel, Olshan Frome Wolosky LLP, hereby appeals to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a) from the *Order* [of the Bankruptcy Court] *Granting Motion to Compel and Denying Motion for Protective Order* attached as **Exhibit A** hereto, dated May 26, 2026.

---

[1]     The Foreign Debtors in these chapter 15 cases are the following 11 entities (the last four digits of their respective corporation identification numbers, if any, follow in parentheses): (i) B.C.I. Finances Pty Limited (8531); (ii) Binqld Finances Pty Limited (3220); (iii) E.G.L. Development (Canberra) Pty Limited (7646); (iv) Ligon 268 Pty Limited (4081) (collectively (i) – (iv), the "Prior Foreign Debtors"); (v) Gerobin Finances Pty Ltd (6410); (vi) Erbin Finances Pty Ltd (9800); (vii) Rawbin Finances Pty Ltd (6549); (viii) Marbin Finances Pty Ltd (2970); (ix) Erma Nominees Pty Ltd (7040); (x) Ligon 158 Pty Ltd (4015) (collectively, (v) – (x) the "New Foreign Debtors"); and (xi) ACN 078 881 035 Pty Limited (1035) ("Shield") (collectively, (i) – (xi) the "Foreign Debtors").

13284279-1

The names of all parties to the Order appealed from and the names and addresses, of their

respective attorneys (if applicable) are as follows:

**Appellant Michael Binetter is represented by:**

OLSHAN FROME WOLOSKY LLP
Jonathan T. Koevary, Esq.
Andrew B. Lustigman, Esq.
Robert M. Appleton, Esq.
1325 Avenue of the Americas
New York, NY  10019

**Appellee John Sheahan in his capacity as Foreign Representative for the Foreign Debtors (as defined in Footnote 1 hereto) is represented by:**

MAYER BROWN LLP
Glen A. Kopp, Esq.
Joaquin M. C De Baca, Esq.
1221 Avenue of the Americas
New York, NY 10020

There is no Bankruptcy Appellate Panel in this District and, thus, the optional election in Official Form 417A is not applicable.

Dated: New York, New York
       May 27, 2026

OLSHAN FROME WOLOSKY LLP

By:   /s/ Jonathan T. Koevary
      Jonathan T. Koevary, Esq.
      Andrew B. Lustigman, Esq.
      Robert M. Appleton, Esq.
      1325 Avenue of the Americas
      New York, New York 10019
      (212) 451-2300

      *Counsel to Andrew Binetter, Samantha Kelliher, and Michael Binetter*

2

13284279-1