UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: B.C.I. FINANCES PTY
LIMITED (In Liquidation), *et al.*

    Debtor in Foreign Proceedings.

**ORDER**

26-cv-04542 (ER)

RAMOS, D.J.:

    Michael Binetter filed a notice of appeal of an order issued by the Bankruptcy Court on May 29, 2026.  Doc. 1.  The order, which the Bankruptcy Court issued on May 26, 2026, compelled Binetter to respond to the certain discovery requests and directed his bank, JPMorgan Chase Bank, N.A., to comply with an August 11, 2025, subpoena.  Doc. 1-1.  It also denied Binetter's motion for a protective order, in which he sought to confirm the validity of his invocation of the Fifth Amendment act of production privilege and be relieved of his obligation to produce certain documents in their entirety or in unredacted form.  *Id.*  The Bankruptcy Court required compliance with its order by June 30, 2026. *Id.*  After Binetter unsuccessfully sought a stay of the order pending his appeal from the Bankruptcy Court, Doc. 5-4, he moved for an administrative stay of the order and leave to file a motion for a stay pending appeal in this Court, which the Court granted on July 2, 2026.  Doc. 8.  The parties then briefed the motion and appeared for oral argument on July 22, 2026.

    The motion is denied for the reasons set forth on the record.  Binetter's appeal is also therefore dismissed as moot.  *See* Doc. 12 at 10 (Binetter's concession that, "[a]bsent a stay, the appeal risks being mooted").  The Clerk of the Court is respectfully directed to terminate the motions, Docs. 11, 14, 22, and close the case.

    It is SO ORDERED.

Dated:    July 22, 2026
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.